## MEMORANDUM DECISIONS.

AMES v. NORWICH LIGHT CO. (Supreme Court, Appellate Division, Third Department. January 12, 1898.) Action by Leonard Ames against the Norwich Light Company. No opinion. Motion for reargument denied. See 47 N. Y. Supp. 743.

ANDERSON, Respondent, v. BROOKLYN EL. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1898.) Action by James A. Anderson against the Brooklyn Elevated Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

ANDRUS v. WHEELER. (Supreme Court, Appellate Division, Third Department. January 12, 1898.) Action by Albert E. Andrus, etc., against William W. Wheeler, No opinion. Order settled, and directed to be entered as proposed by the respondent's atorneys. See 42 N. Y. Supp. 525; 48 N. Y. Supp. 118.

ASHLEY, Appellant, v. FRISBEE et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 5, 1898.) Action by Claudius L. Ashley against Charles Frisbee and others. No opinion. Judgment affirmed, with costs. All concur, except PARKER, P. J., and LANDON, J., dissenting.

In re ATTORNEY GENERAL (COAL TRUST CASE). (Supreme Court, Appellate Division, Third Department. January 20, 1898.) In the matter of the application of the attorney general. No opinion. Order resettled by adding thereto the following words: "This affirmance is made upon questions of law, and not as matter of discretion; the court holding that the application for the original order was insufficient." See 47 N. Y. Supp. 20, 883.

BALLARD et al., Respondents, v. MEADE et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 12, 1898.) Action by William Ballard and another against James M. Meade and another. No opinion. Order affirmed, with $10 costs and disbursements.

BIRD, Respondent, v. MUTUAL UNION ASS'N OF ROCHESTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) Action by Catherine Bird against the Mutual Union Association of Rochester. No opinion. If the appellant has the printed case certified, or corrected and certified, by the justice before whom the cause was tried, on or before the third Monday of this month, then the application is denied, without costs,

and the cause will be put in its proper order on the calendar. In case of its failure to obtain such certification, then the motion is granted, with $10 costs.

BLATCHFORD v. PAINE. (Supreme Court, Appellate Division, First Department. February 11, 1898.) Action by Henrietta T. Blatchford against Willis S. Paine. No opinion. Motion dismissed, with $10 costs. See 48 N. Y. Supp. 783.

In re BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. February 11, 1898.) In the matter of the board of education. No opinion. Motion denied, with $10 costs.

BOYER et al. v. EAST et al. (Supreme Court, Appellate Division, Fourth Department. February 5, 1898.) Action by James E. Boyer and another against Ellenor East and others. PER CURIAM. Judgment affirmed, with costs. All concur, except WARD, J., who favors a modification in a memorandum.

The modification therein referred to is as follows (WARD, J.): "I think the defendants East are protected by the recording act and want of notice, but there is satisfactory evidence that the defendant Palmer was in collusion with the mother of the plaintiffs in effecting the mortgage sale, and vesting title thereunder in the mother to the mortgaged property, which was conveyed by her immediately to the defendant Palmer, in fraud of the rights of the plaintiffs, who were infants at the time; and the judgment so modified that it be reversed as against the defendant Palmer, and the action be permitted to continue as to him."

In re BROADWAY INS. CO. (Supreme Court, Appellate Division, First Department. January 21, 1898.) In the matter of the Broadway Insurance Company. No opinion. Motions denied, with $10 costs. See 48 N. Y. Supp. 299.

BRYANT, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 15, 1898.) Action by John H. Bryant against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce the recovery of damages to the sum of $7,000, and extra allowance proportionately, in which case the judgment, as reduced, is unanimously affirmed, without costs of this appeal to either party.